UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**10-60232** Case No. CR-COHN   MAGISTRATE JUDGE SELTZER

FILED BY _____ D.C.
2010 AUG 26 PM 2:
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FT L

IN RE SEALED INDICTMENT  )
_____)

**MOTION TO SEAL**

The United States of America, by and through the undersigned Trial Attorney, respectfully moves this Honorable Court for an Order sealing this Motion, the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, and Bond Recommendation Sheet and resulting order (except that copies of Indictment and Arrest Warrant may be furnished to law enforcement personnel for execution of their official duties) until the arrest of the defendant or until further order of this Court, in that the integrity of the ongoing investigation might be compromised should knowledge of this Indictment become public.

Respectfully submitted,

BY: _____
CRAIG Y. LEE
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
Florida Special Bar No. A5501111
450 5th Street NW, Suite 11300
WASHINGTON, DC 20530
TELEPHONE: (202) 307-1044
FACSIMILE: (202) 514-6525
E-Mail Address: Craig.Lee@usdoj.gov

/