UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60232
15 U.S.C. § 1

UNITED STATES OF AMERICA

v.

ROMANO PISCIOTTI

    Defendant.
_____/

FILED BY _____ D.C.

AUG 0 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES' MOTION TO UNSEAL THE INDICTMENT

The United States, by and through the undersigned Trial Attorney for the United States Department of Justice, Antitrust Division, respectfully requests that the Indictment in the above-captioned case be unsealed.

The Indictment was previously ordered sealed until the arrest of the defendant. It is now respectfully requested that the Indictment be unsealed as the defendant has been arrested.

Respectfully submitted,

_____
Craig Y. Lee
Trial Attorney
Bar No. A5501111
National Criminal Enforcement Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11300
Washington, DC 20530
(202) 307-1044 (office)
(202) 514-6525 (fax)
Craig.Lee@usdoj.gov

Dated: July 31, 2013