# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR 10-60232cr cohn
        Plaintiff )
                    )  REPORT COMMENCING CRIMINAL
      -vs-            )  ACTION
Pisciotti, Romano )  05074-104
        Defendant      USMS NUMBER

*************************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W.PALM BEACH
     U.S. District Court        FT. PIERCE
                    (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE.

*************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/4/14           am/pm

(2) Language Spoken: Italian

(3) Offense(s) Charged: Consp to Suppress & Eliminate Competition By Rigging Bids & Fixing Prices on Marine Hose Contracts.

(4) U.S. Citizen [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 3/4/53

(6) Type of Charging Document: (check one)
     [ ] Indictment   [ ] Complaint to be filed/already filed
     Case#_____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: Extradited from Germany

(8) Date: 4/4/14     (9) Arresting Officer: USMS

(10) Agency: USMS            (11) Phone: 9543567256

(12) Comments: _____