UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60232-CR-COHN/SELTZER

UNITED STATES OF AMERICA

Plaintiff,

vs

**ORDER ON INITIAL APPEARANCE**
**Language**: English

AUSA: Craig Lee (Duty J. Anton)

ROMANO PISCIOTTI
  Defendant.

---

The above-named defendant having been arrested on 04/04/14 and having appeared before the court for initial appearance on 04/04/14 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
  **ORDERED** as follows:
  1. _William Shepherd (Temporary)_
  appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code: _____  Telephone: _____

2. _____
appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____  Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _11:00 AM_ on _4/24/14_ before Judge _Seltzer (Duty)_.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _4/24/14_ t 11:00 A.M. Before Duty Magistrate Judge _(Seltzer)(Duty)_
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____**A Detention/Bond** hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: _Stipulated to Detention_. This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ____a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.
  ____b. Report to Pretrial Services as follows:____as directed;___times a week /month by phone, ____times a week/month___in person; other_____
  ____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
  ____d. Maintain or actively seek full time gainful employment.
  ____e. Maintain or begin an educational program.
  ____f. Avoid all contact with victims of or witnesses to the crimes charged.
  ____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
  ____h. Comply with the following curfew:_____

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:
_____

bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is_____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 4th day of April, 2014.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation