# UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
## U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA

**DEFT:** ROMANO PISCIOTTI (J)#  
**CASE NO:** 10-60232-CR-COHN/SELTZER

**AUSA:** CRAIG LEE (J. ANTON DUTY)  
**ATTY:**

**AGENT:**  
**VIOL:** 15:USC 1

**PROCEEDING:** INITIAL APPEARANCE  
**RECOMMENDED BOND:** PTD

**BOND/PTD HEARING HELD** - yes (no)  
**COUNSEL APPOINTED:**

**BOND SET @:**  
**To be cosigned by:**

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and/or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person. FTL
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew/Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

1 - Advised of charges. He doesn't need interpreter. Attorney William Shepherd filed temporary appearance.

Gov't - proffers no bond recommendation. Court accepts stipulation for detention.

No bond hearing held.

**NEXT COURT APPEARANCE:** | **DATE:** | **TIME:** | **JUDGE:** | **PLACE:**
REPORT RE COUNSEL: 4-24-14  11:00 AM  DUTY
**PTD/BOND HEARING:**
PRELIM/ARRAIGN/OR REMOVAL: 4-24-14  11:00 AM  DUTY
**STATUS CONFERENCE:**

**DATE:** 04/04/2014  **TIME:** 11:00 AM  **FTL/TAPE/#** AOV-  **Begin DAR:** 12:19:31  15

{ 10 Mins }